David P. Chiappetta, (State Bar No. 172099)
dchiappetta@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorney for Plaintiff
TELUS COMMUNICATIONS COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Plaintiff TELUS COMMUNICATIONS COMPANY, a British Columbia partnership,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOES 1-10,<br><br>　　　　　　　Defendants. | Case No. C-07-5328 SBA<br><br>**DECLARATION OF JAMES R. MCCULLAGH IN SUPPORT OF MOTION FOR <u>ORDER SHORTENING TIME</u> FOR HEARING ON TELUS COMMUNICATIONS COMPANY'S MOTION FOR LEAVE TO TAKE DISCOVERY**<br><br>Date:<br>Time:<br>Dept:<br>Before: |

　　　I, JAMES R. MCCULLAGH, declare as follows:

　　　1.　　I am over 18 years of age and make this Declaration based upon personal knowledge of the facts set forth below except as to those matters stated on information and belief, and as to those matters, I believe them to be true. If called upon to testify, I could and would testify competently as to the matters set forth herein.

　　　2.　　I am an attorney licensed to practice law under the laws of the State of Washington and am a partner with the law firm of Perkins Coie LLP, attorneys for Plaintiff TELUS Communications Company ("TELUS") in the above-captioned matter. This declaration is filed in

---

DECL. OF JAMES R. MCCULLAGH ISO MOTION FOR <u>ORDER SHORTENING TIME</u> FOR HEARING ON
PLAINTIFF'S MOTION FOR LEAVE TO TAKE DISCOVERY
Case No. C-07-5328 SBA

LEGAL13663088.1

support of TELUS's Motion for Order Shortening Time for Hearing on Telus Communications Company's Motion for Leave to Take Discovery.

3. On October 19, 2007 I spoke with a representative of Comcast Cable Communications ("Comcast") and requested that Comcast preserve all evidence related to the email address and IP address identified in the course of TELUS's investigation in this matter. The representative informed me that Comcast would only preserve information in response to a request from a law enforcement agency and that it would take no efforts beyond its normal business practices to preserve the information I requested. I understand that Comcast does not have a retention period for information related to email addresses and that it is possible that such information will be destroyed if and when the email account is deleted or deactivated.

4. Comcast refused to preserve the information related to a Comcast email address and IP address until such time as TELUS is able to present it with a subpoena for such information.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 19th day of October 2007 at Seattle, Washington.

*[signature]*

James R. McCullagh