David P. Chiappetta, (State Bar No. 172099)
dchiappetta@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorney for Plaintiff
TELUS COMMUNICATIONS COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Plaintiff TELUS COMMUNICATIONS COMPANY, a British Columbia partnership,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN DOES 1-10,<br><br>　　　　　　Defendants. | Case No. C-07-5328 SBA<br><br>**DECLARATION OF DAVID P. CHIAPPETTA IN SUPPORT OF MOTION FOR <u>ORDER SHORTENING TIME</u> FOR HEARING ON TELUS COMMUNICATIONS COMPANY'S MOTION FOR LEAVE TO TAKE DISCOVERY**<br><br>Date:<br>Time:<br>Dept:<br>Before: |

　　　I, David P. Chiappetta, declare as follows:

　　　1.　　I am over 18 years of age and make this Declaration based upon personal knowledge of the facts set forth below except as to those matters stated on information and belief, and as to those matters, I believe them to be true. If called upon to testify, I could and would testify competently as to the matters set forth herein.

　　　2.　　I am an attorney licensed to practice law under the laws of the State of California and am a partner with the law firm of Perkins Coie LLP, attorneys for Plaintiff TELUS Communications Company ("TELUS") in the above-captioned matter. This declaration is filed in support of TELUS's Motion For Order Shortening Time submitted herewith, in which TELUS

---

DECL. OF DAVID P. CHIAPPETTA ISO MOTION FOR ORDER SHORTENING TIME FOR HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO TAKE DISCOVERY
Case No. C-07-5328 SBA
99999-1540/LEGAL13651213.1

seeks to have its Motion for Leave to Take Discovery heard by this Court as soon as the Court's calendar permits.

3. Time is of the essence in this case since the identity of the Defendants is likely in the possession of third-parties, including Comcast Cable Communications ("Comcast").

4. The information and data revealing the identity of the person or entity associated with the IP address identified by TELUS is very likely to be in Comcast's possession and could easily be deleted, overwritten, or otherwise destroyed.

5. TELUS requested that Comcast preserve and produce all subscriber information related to the IP address used to access its CRM serve, but Comcast has refused to voluntarily provide TELUS with the information necessary for TELUS to learn the identity of the person(s) or entity associated with the IP Address that was identified by TELUS as responsible for unlawfully accessing TELUS's Customer Relationship Management service and extracting records containing TELUS wireless business customer data.

6. I have not spoken with counsel for John Doe since the identity of John Doe is not presently known.

7. On behalf of TELUS, I respectfully request the Court to set TELUS's Motion for Leave to Take Discovery as soon as the Court's calendar permits.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 19th day of October 2007 at San Francisco, California.

PERKINS COIE LLP

By _____
David Chiappetta

Attorneys for Plaintiff
TELUS COMMUNICATIONS COMPANY

- 2 -
DECL. OF DAVID P. CHIAPPETTA ISO MOTION FOR ORDER SHORTENING TIME FOR HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO TAKE DISCOVERY
Case No. C-07-5328 SBA
99999-1540/LEGAL13651213.1