1  David P. Chiappetta, (State Bar No. 172099)
   dchiappetta@perkinscoie.com
2  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
3  San Francisco, CA  94111-4131
   Telephone: 415.344.7000
4  Facsimile: 415.344.7050

5  Attorney for Plaintiff
   TELUS COMMUNICATIONS COMPANY
6

7

8                       UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10                           SAN FRANCISCO DIVISION

11

12 | Plaintiff TELUS COMMUNICATIONS COMPANY, a British Columbia partnership, | Case No. C-07-5328 SBA
13 | | **[PROPOSED] ORDER GRANTING MOTION FOR ORDER SHORTENING TIME FOR HEARING ON TELUS COMMUNICATIONS COMPANY'S MOTION FOR LEAVE TO TAKE DISCOVERY**
14 | Plaintiff, |
15 | v. |
16 | JOHN DOES 1-10, |
17 | Defendants. | Date:
   | | Time:
   | | Dept:
18 | | Before:

19

20      The Court, having considered TELUS Communications Company's ("TELUS") Motion
21 for Order Shortening Time for Hearing on TELUS Communication Company's Motion for Leave
22 to Take Discovery, hereby GRANTS the Motion.
23

24

25

26

27

28

[PROP] ORDER GRANTING MOTION FOR ORDER SHORTENING TIME FOR HEARING ON
PLAINTIFF'S MOTION FOR LEAVE TO TAKE DISCOVERY
Case No. C-07-5328 SBA
99999-1540/LEGAL13649114.1

1     IT IS HEREBY ORDERED that TELUS Communication Company's Motion for Leave to Take Discovery shall be heard on _____.

    Dated this \_\_\_\_ day of October 2007.

_____

_____

Presented by:

PERKINS COIE LLP

By: _____
    David P. Chiappetta

Attorneys for Plaintiff
TELUS COMMUNICATIONS COMPANY

- 2 -
[PROP] ORDER GRANTING MOTION FOR <u>ORDER SHORTENING TIME</u> FOR HEARING ON PLAINTIFF'S MOTION FOR LEAVE TO TAKE DISCOVERY
Case No. C-07-5328 SBA

99999-1540/LEGAL13649114.1