1  David P. Chiappetta, (State Bar No. 172099)
   dchiappetta@perkinscoie.com
2  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
3  San Francisco, CA  94111-4131
   Telephone:  415.344.7000
4  Facsimile:  415.344.7050

5  Attorney for Plaintiff
   TELUS COMMUNICATIONS COMPANY
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                   **SAN FRANCISCO DIVISION**

11

12 | Plaintiff TELUS COMMUNICATIONS COMPANY, a British Columbia partnership, | Case No. C-07-5328 SBA |
   |---|---|
   | Plaintiff, | **NOTICE OF MOTION AND MOTION FOR LEAVE TO TAKE DISCOVERY** |
   | v. | Date: |
   | JOHN DOES 1-10, | Time: |
   | | Dept: |
   | Defendants. | Before: |

19 **TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

20     PLEASE TAKE NOTICE that on _____, at _____, in

21 Courtroom ___, ____ Floor, of the Northern District of California, Oakland Division, 1301 Clay

22 St., Oakland , California, before the Honorable _____,

23 plaintiff TELUS Communications Company ("TELUS") will and hereby does move this Court

24 for leave to take discovery, pursuant to Federal Rule of Civil Procedure 26(d), on the grounds that

25 there is good cause.

26     In conjunction with this motion, TELUS is filing a complaint against John Does 1 -10

27 ("Complaint"), alleging that Defendants, violated 18 U.S.C. § 1030 (the Computer Fraud and

1  Abuse Act), and the California Penal Code § 502(c) (the California Comprehensive Data Access
2  and Fraud Act), when they unlawfully accessed TELUS's Customer Relationship Management
3  ("CRM") service. TELUS, relying on publicly available information, researched the identity of
4  the IP Address used to access its CRM service without authorization and learned that it is
5  registered to Comcast Cable Communications ("Comcast"). The data revealing the identity of the
6  persons behind the unauthorized access and unlawful extraction of TELUS's customer data is in
7  Comcast's possession and could easily be deleted, overwritten, or otherwise destroyed.
8  Furthermore, apart from the information on Comcast's server, TELUS has no other reasonable
9  means to learn the identity of the subscriber responsible for the unauthorized access of TELUS's
10 CRM service. In addition, TELUS's investigation has identified an email address
11 cashproweb@comcast.net and internet address, http://trusunmedia.com/loginjsp.php, as
12 additional addresses that are reasonably believed to have information relevant to the identity of
13 the John Doe defendants. TELUS has good cause to proceed with its discovery on Comcast and
14 other entities pursuant to Rule 26(d), because its case will not proceed without information related
15 to the identity of the John Doe defendants.

16  The motion is be based upon this notice of motion and motion, the attached points and
17 authorities, the files and records of this action, and any further evidence and argument that the
18 Court may receive at or before the hearing.

DATED: October 22, 2007

PERKINS COIE LLP

By: _____

David P. Chiappetta, Bar No. 172099
dchiappetta@perkinscoie.com

Attorneys for Plaintiff
TELUS COMMUNICATIONS
COMPANY

- 2 -