David P. Chiappetta, (State Bar No. 172099)
dchiappetta@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Plaintiff TELUS COMMUNICATIONS COMPANY, a British Columbia partnership,<br><br>     Plaintiff,<br><br>  v.<br><br>JOHN DOES 1-10,<br><br>     Defendants. | Case No. C-07-5328 SBA<br><br>**DECLARATION OF DAVID P. CHIAPPETTA IN SUPPORT OF MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR LEAVE TO TAKE DISCOVERY**<br><br>Date:  November 27, 2007<br>Time:  1:00 p.m.<br>Dept:  Courtroom 3, 3rd Floor<br>Before:  Hon. Saundra B. Armstrong |

I, David P. Chiappetta, declare as follows:

1. I am over 18 years of age and make this Declaration based upon personal knowledge of the facts set forth below except as to those matters stated on information and belief, and as to those matters, I believe them to be true. If called upon to testify, I could and would testify competently as to the matters set forth herein.

2. I am an attorney licensed to practice law under the laws of the State of California and am a partner with the law firm of Perkins Coie LLP, attorneys for Plaintiff TELUS Communications Company ("TELUS") in the above-captioned matter. This declaration is filed in

support of TELUS's Memorandum Of Points And Authorities In Support Of Motion For Leave To Take Discovery.

     3.    Attached hereto as Exhibit 1 is a true and correct copy of the Comcast Consumer Privacy Notice, downloaded from http://www.comcast.com/MediaLibrary/1/2/CM/VanityURL/documents/customerprivacy/PrivacyPolicy_UniLegal_stnd_ENG_spk_comcastcom.pdf on October 18, 2007.

     4.    Attached hereto as Exhibit 2 is a true and correct copy of the Comcast Abuse Policy, downloaded from http://www.comcast.net/terms/abuse.jsp on October 18, 2007.

     I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

     Executed this 19th day of October 2007 at San Francisco, California.

**PERKINS COIE** LLP

By _____
David Chiappetta

Attorneys for Plaintiff
TELUS COMMUNICATIONS COMPANY

**EXHIBIT 1**

# COMCAST CUSTOMER PRIVACY NOTICE

**FOR CABLE TELEVISION, HIGH-SPEED INTERNET, AND PHONE SERVICES**

**Why is Comcast providing this notice to me?**

As a subscriber to cable service or other services provided by Comcast, you are entitled under Section 631 of the federal Cable Communications Policy Act of 1984, as amended, (the "Cable Act") to know the following:

- the limitations imposed by the Cable Act upon cable operators in the collection and disclosure of personally identifiable information about subscribers;
- the nature of personally identifiable information we collect;
- the nature of the use of personally identifiable information;
- under what conditions and circumstances we may disclose personally identifiable information and to whom;
- the period during which we maintain personally identifiable information;
- the times and place at which you may have access to your personally identifiable information; and
- your rights under the Cable Act concerning personally identifiable information and its collection and disclosure.

Personally identifiable information is information that identifies a particular person; it does not include aggregate data that does not identify a particular person or persons. This notice is also provided to you in accordance with applicable California law, which only applies to our customers located in California who are served by a cable television corporation.

In addition, Section 702 of the federal Telecommunications Act of 1996, as amended, (the "Telecommunications Act") provides additional privacy protections for certain information related to our phone services:

- information about the quantity, technical configuration, type, destination, location, and amount of your use of the phone services; and
- information contained on your telephone bill concerning the phone services you receive.

That phone information, when matched to your name, address, and telephone number is known as customer proprietary network information or CPNI for short. This notice, which includes our CPNI Policy, describes what CPNI information we obtain, how we protect it, and how it may be used. If you are a customer of our phone services, you have the right, and Comcast has a duty, under the Telecommunications Act, to protect the confidentiality of CPNI. We will also honor any restrictions applied by state law, to the extent applicable. **AS WE EXPLAIN UNDER "HOW DO I GIVE OR WITHHOLD MY APPROVAL FOR COMCAST TO USE CPNI TO MARKET ADDITIONAL PRODUCTS AND SERVICES TO ME?" WE WILL ASSUME THAT YOU APPROVE OUR USE OF CPNI UNLESS YOU CONTACT US TO DENY OR RESTRICT YOUR APPROVAL.**

**Special Note:** Our CPNI Policy applies to the communications-related services provided by Comcast Business Communications, Comcast Digital Phone, and Comcast Long Distance. It applies to services provided by Comcast Digital Voice only to the extent required by law.

In this notice, the terms "Comcast," "we," "us," or "our" refer to the operating company subsidiary or subsidiaries of Comcast Corporation that (i) owns and/or operates the cable television system in your area pursuant to a cable television franchise with the local franchising authority, or (ii) is operating in your area as Comcast Business Communications, Comcast Digital Phone, Comcast Long Distance, or Comcast Digital Voice. The term "you" refers to you as a subscriber to one or more of our cable service and other services.

### I. Collection

**What kind of information does this notice apply to?**

The Cable Act applies to personally identifiable information that you have furnished to Comcast, or that Comcast has collected using the cable system, in connection with the provision of cable service or other services. The Telecommunications Act applies to CPNI related to our regulated phone services. This notice applies to our cable television service, our high-speed Internet service, and our phone services as provided for by applicable law and except as otherwise noted.

**Special Note:** This notice only covers information that is collected by Comcast in connection with the provision of our cable television service, our high-speed Internet service, and our phone services to you as a subscriber to one or more of these services. It does not cover information that may be collected through any other products, services, or websites, even if accessed through our services and even if co-branded with them. You should read the privacy policies for these other products, services, and websites to learn how they handle your personal information.

**For what purposes may Comcast collect personally identifiable information and CPNI?**

The Cable Act authorizes Comcast as a cable operator to use the cable system to collect personally identifiable information concerning any subscriber for the following purposes:

- in order to obtain information necessary to render our cable service or other services to our subscribers; and
- to detect unauthorized reception of cable communications.

The Cable Act prohibits us from using the cable system to collect personally identifiable information concerning any subscriber for any purposes other than those listed above without the subscriber's prior written or electronic consent.

The Telecommunications Act authorizes us to use, disclose, or permit access to individually identifiable CPNI in our provision of:

- the telecommunications service from which this information is derived; or
- services necessary to, or used in, the provision of these services, including the publishing of directories.

The Telecommunications Act prohibits us from using CPNI for any purposes other than those listed above except as permitted or required by law or with your approval.

**What kind of personally identifiable information and CPNI does Comcast collect?**

Comcast collects information from you at several different points when you initiate and use our services. Some of this information is personally identifiable information, but much of it is not. We collect certain personally identifiable information that our subscribers furnish to us in connection with the provision of cable service or other services. In order to provide reliable, high quality service to you, we keep regular business records containing information about you that may constitute personally identifiable information. These records include some, but typically not all, of the following information:

- your name;
- service address;
- billing address;
- e-mail address;
- telephone number;
- driver's license number;
- social security number;
- bank account number;
- credit card number; and
- other similar account information.

**Comcast Customer Privacy Notice**

With respect to phone services, examples of CPNI include information typically available from telephone-related details on your monthly bill, such as:
- location of service;
- technical configuration of service;
- type of service;
- quantity of service;
- amount of use of service;
- calling patterns; and
- other information contained on your bill for local and long distance services.

CPNI does not include your name, address, and telephone number, because the Telecommunications Act classifies that information as "subscriber list information" which is not subject to the protections applicable to CPNI. However, that information is also subject to certain protections as described under "To whom may Comcast disclose personally identifiable information?"

We also collect and maintain certain other information about your account. For example, this information may include:
- billing, payment, and deposit history;
- additional service information;
- customer correspondence and communications records;
- maintenance and complaint information;
- records indicating the number of television sets, set-top boxes, modems, or telephones connected to our cable system; and
- additional information about the service options you have chosen.

Some of our services permit you to establish secondary accounts, and if you do so we collect similar information in order to establish and service the secondary accounts. During the initial provisioning of our services, and during any subsequent changes or updates to our services, Comcast may collect technical information about your televisions, any set-top boxes, computer hardware and software, cable modems, telephones, and/or other cable or other service-related devices, and customization settings and preferences. Additionally, if you rent your residence, we may have a record of whether landlord permission was required prior to installing our cable facilities as well as your landlord's name and address.

**What kind of information do you collect if I use interactive or transactional services?**

When you use our interactive or other transactional services such as video on demand, for example, our systems may automatically collect certain information about your use of these services. Most of this information is not personally identifiable information and it is simply used, for example, to carry out a particular request you make using your remote control, set-top box, or other equipment. This may include information required to change your television channel, review listings in an electronic program guide, pause or fast forward through certain on demand programs, or invoke a calling feature, among other things. It may also include other information such as the time you actually use our services and the use of other features of our services, and which menus and menu screens are used most often and the time spent using them. In order to carry out a particular request you make to watch a pay-per-view program or purchase a product, service, or feature, for example, our system may collect certain personally identifiable information. This information typically consists of account and billing-related information such as the pay-per-view programs or other products, services, or features ordered so that you may be properly billed for them.

Some of our systems may collect limited anonymous, aggregate information using set-top boxes and other equipment. We use this aggregate information to determine which programs are most popular, how many people watch a program to its conclusion, and whether people are watching commercials, for example. As described under "How does Comcast use personally

**Comcast Customer Privacy Notice**

identifiable information and CPNI?", we may provide certain anonymous, aggregate information to third parties such as audience measurement firms, for example, who may combine it with other aggregated demographic information (such as census records) to provide us with audience analysis information. We use this information to improve our cable television service and other services and make programming and advertising more relevant to our subscribers. We may also use this information to distribute relevant programming and advertising to you without disclosing personally identifiable information about you to programmers or advertisers. Some of these programs or advertisements may invite your participation, which you can accept or decline by using your program guide commands or by following any special instructions on your video screen.

## II. Use
### How does Comcast use personally identifiable information and CPNI?

We collect, maintain, and use personally identifiable information and CPNI as permitted by the Cable Act and the Telecommunications Act and other applicable laws. We use this information primarily to conduct business activities related to providing you with our cable service and other services, and to help us detect theft of service. Generally speaking, we use personally identifiable information in connection with:

- billing and invoicing;
- administration;
- surveys;
- collection of fees and charges;
- marketing;
- service delivery and customization;
- maintenance and operations;
- technical support;
- hardware and software upgrades; and
- fraud prevention.

More specifically, we also use personally identifiable information to:

- install, configure, operate, provide, support, and maintain our cable service and other services;
- confirm you are receiving the level(s) of service requested and are properly billed;
- identify you when changes are made to your account or services;
- make you aware of new products or services that may be of interest to you;
- understand the use of, and identify improvements to, our services;
- detect unauthorized reception, use, or abuse of our services;
- determine whether there are violations of any applicable policies and terms of service;
- manage the network supporting our services;
- configure cable service and other service-related devices; and
- comply with law.

The Telecommunications Act further permits Comcast to use, disclose, and permit access to CPNI obtained from our customers, either directly or indirectly, to:

- initiate, render, bill, and collect for telecommunications services;
- protect our rights and property, and protect our users of these services and other carriers from fraudulent, abusive, or unlawful use of, or subscription to, these services;
- provide any inbound telemarketing, referral, or administrative services to you for the duration of the call, if you initiated the call and you approve of the use of this information to provide these services; and

- to provide call location information concerning the user of a commercial mobile phone service.

With respect to phone services, unless we obtain your approval in accordance with our policies described under "How do I give or withhold my approval for Comcast to use CPNI to market additional products and services to me?" Comcast may not use CPNI to market products and services to you other than the phone services.

Comcast transmits, and may collect and store for a period of time, personally identifiable and non-personally identifiable information about you when you use our high-speed Internet and phone services to:

- send and receive e-mail, video mail, and instant messages;
- transfer and share files;
- make files accessible;
- visit websites;
- place or receive calls;
- leave and receive voice mail messages;
- use the Comcast Digital Voice Center (where available);
- establish custom settings or preferences;
- communicate with us for support; or
- otherwise use the services and their features.

Our transmission, collection, and storage of this information is necessary to render the services. In certain situations, third-party service providers may transmit, collect, and store this information on our behalf to provide features of our services. These third parties are not permitted to use your personally identifiable information except for the purpose of providing these features.

We may also combine personally identifiable information, which we collect as described in this notice as part of our regular business records, with personally identifiable information obtained from third parties for the purpose of creating an enhanced database or business records. We may use this database and these business records in marketing and other activities related to our cable service and other services. We also maintain records of research concerning subscriber satisfaction and viewing habits, which are obtained from subscriber interviews and questionnaires.

### III. Disclosure
**Under what circumstances may Comcast disclose personally identifiable information to others?**

Comcast considers the personally identifiable information contained in our business records to be confidential. The Cable Act authorizes Comcast as a cable operator to disclose personally identifiable information concerning any subscriber for the following purposes if the disclosure is:

- necessary to render, or conduct a legitimate business activity related to, the cable service or other services provided to the subscriber;
- required by law or legal process (described under "When is Comcast required by law to disclose personally identifiable information and CPNI by law?"); or
- of the names and addresses of subscribers for "mailing list" or other purposes (subject to each subscriber's right to prohibit or limit this disclosure and the CPNI Policy described under "How do I place myself on Comcast's 'do not call' and 'do not mail' lists?").

The Cable Act prohibits us from disclosing personally identifiable information concerning any subscriber for any purposes other than those listed above without the subscriber's prior written or electronic consent.

**To whom may Comcast disclose personally identifiable information?**

We may disclose personally identifiable information as provided for in the Cable Act when it is necessary to render, or conduct a legitimate business activity related to, the cable service or other services we provide to you. These kinds of disclosures typically involve billing and collections, administration, surveys, marketing, service delivery and customization, maintenance and operations, and fraud prevention, for example. We may also collect, use, and disclose information about you in non-personally identifiable or aggregate formats, such as ratings surveys and service usage and other statistical reports, which do not personally identify you, your particular viewing habits, or the nature of any transaction you have made over the cable system. The frequency of any disclosure of personally identifiable information varies in accordance with our business needs and activities.

The Cable Act authorizes Comcast as a cable operator to disclose limited personally identifiable information to others, such as charities, marketing organizations, or other businesses, for cable or non-cable "mailing list" or other purposes. From time to time we may disclose your name and address for these purposes. However, you have the right to prohibit or limit this kind of disclosure by contacting us by telephone at 1-800-COMCAST or by sending us a written request as described under "How do I contact Comcast?" Any "mailing list" and related disclosures that we may make are limited by the Cable Act to disclosures of subscriber names and addresses where the disclosures do not reveal, directly or indirectly, (i) the extent of any viewing or other use by the subscriber of a cable service or other service provided by us; or (ii) the nature of any transaction made by the subscriber over our cable system.

We may sometimes disclose personally identifiable information about you to our affiliates or to others who work for us. We may also disclose personally identifiable information about you to outside auditors, professional advisors, service providers and vendors, potential business merger, acquisition, or sale partners, and regulators. We make these disclosures as provided for in the Cable Act. Typically, we make these disclosures when the disclosure is necessary to render, or conduct a legitimate business activity related to, the cable service or other services we provide to you. We may be required by law or legal process to disclose certain personally identifiable information about you to lawyers and parties in connection with litigation and to law enforcement personnel. We may also disclose certain personally identifiable information about you to third parties such as, for example, charities, marketing organizations, or other businesses, in connection with disclosures made for "mailing list" or other purposes as described under "To whom may Comcast disclose personally identifiable information?"

If we (or our parent company) enter into a merger, acquisition, or sale of all or a portion of our assets, subscribers' personally identifiable information will, in most instances, be one of the items transferred as part of the transaction. If this notice will be changed as a result of a transaction like that, you should refer under "Will Comcast notify me if it changes this notice?"

We may also use or disclose personally identifiable information about you without your consent to protect our customers, employees, or property, in emergency situations, to enforce our rights under our terms of service and policies, in court or elsewhere, and as otherwise permitted by law.

**When may Comcast disclose personal information to others in connection with phone service?**

Comcast may disclose to others personally identifiable information in connection with features and services such as Caller ID, 911/E911, and directory services as follows:

- We may transmit your name and/or telephone number to be displayed on a Caller ID device unless you have elected to block such information. Please note that Caller ID blocking may not prevent the display of your name and/or telephone number when you dial certain business or emergency numbers, 911, 900 numbers, or toll-free 800, 888, 877, or 866 numbers.
- We may provide your name, address, and telephone number to public safety authorities and their vendors for inclusion in E911 databases and records, inclusion in "reverse 911" systems, or to troubleshoot 911/E911 record errors.

**Comcast Customer Privacy Notice**

- We may publish and distribute, or cause to be published and distributed, telephone directories in print, on the Internet, and on disks. Those telephone directories may include subscriber names, addresses, and telephone numbers, without restriction to their use.
- We may also make subscriber names, addresses, and telephone numbers available, or cause such subscriber information to be made available, through directory assistance operators.
- We may provide subscribers' names, addresses, and telephone numbers to unaffiliated directory publishers and directory assistance providers for their use in creating directories and offering directory assistance services.
- Once our subscribers' names, addresses, and telephone numbers appear in telephone directories or directory assistance, they may be sorted, packaged, repackaged and made available again in different formats by anyone.

We take reasonable precautions to ensure that non-published and unlisted numbers are not included in our telephone directories or directory assistance services, but we cannot guarantee that errors will never occur. There is a fee for subscribers who choose to have non-published or unlisted numbers.

**When is Comcast required by law to disclose personally identifiable information and CPNI by law?**

We make every reasonable effort to protect subscriber privacy as described in this notice. Nevertheless, we may be required by law to disclose personally identifiable information or individually identifiable CPNI about a subscriber without his or her consent and without notice in order to comply with a valid legal process such as a subpoena, court order, or search warrant.

For subscribers to our cable television service, the Cable Act requires Comcast as a cable operator to disclose personally identifiable information to a third-party or governmental entity in response to a court order. If the court order is sought by a non-governmental entity, we are required to notify the subscriber of the court order. If the court order is sought by a governmental entity, the Cable Act requires that the cable subscriber be afforded the opportunity to appear and contest in a court proceeding relevant to the court order any claims made in support of the court order. At the proceeding, the Cable Act requires the governmental entity to offer clear and convincing evidence that the subject of the information is reasonably suspected of engaging in criminal activity and that the information sought would be material evidence in the case.

For subscribers to our high-speed Internet and phone services, the Cable Act requires Comcast to disclose personally identifiable information and individually identifiable CPNI to a private third party in response to a court order, and we are required to notify the subscriber of the court order. The Cable Act requires us to disclose personally identifiable information and individually identifiable CPNI about subscribers to high-speed Internet and phone services to a government entity in response to a subpoena, court order, or search warrant, for example.

**How does Comcast protect personally identifiable information?**

We follow industry-standard practices to take such actions as are necessary to prevent unauthorized access to personally identifiable information by a person other than the subscriber or us. However, we cannot guarantee that these practices will prevent every unauthorized attempt to access, use, or disclose personally identifiable information.

**How long does Comcast maintain personally identifiable information?**

Comcast maintains personally identifiable information about you in our regular business records while you are a subscriber to our cable service or other services. We also maintain this information for a period of time after you are no longer a subscriber if the information is necessary for the purposes for which it was collected or to satisfy legal requirements. These purposes typically include business, legal, or tax purposes. If these purposes no longer apply, we will destroy the information according to our internal policies and procedures.

### IV. Customer Access and Choice
**How can I see my personally identifiable information or CPNI and correct it, if necessary?**

You may examine and correct, if necessary, the personally identifiable information regarding you that is collected and maintained by Comcast in our regular business records. In most cases, the personally identifiable information contained in these records consists solely of billing and account information. We will correct our records if you make a reasonable showing that any of the personally identifiable information we have collected about you is inaccurate.

If you have Internet access, you can view and change certain information yourself as follows:

- For accounts you have established at the Comcast.com website, use the My Account (or similar) feature at www.comcast.com;
- For high-speed Internet accounts, use the My Account (or similar) feature at www.comcast.net;
- For Comcast Digital Voice accounts, if you have access to the Comcast Digital Voice Center use the My Account (or similar) feature at http://www.comcast.net/digitalvoicecenter.

You may also examine the records containing your personally identifiable information at your local Comcast office upon reasonable prior notice to us and during our regular business hours. If you wish to examine these records, please contact us by mail or telephone at 1-800-COMCAST, giving us a reasonable period of time to locate and, if necessary, prepare the information for review, and to arrange an appointment. You will only be permitted to examine records that contain personally identifiable information about your account and no other account.

If you make an affirmative, written request for a copy of your CPNI, we will disclose the relevant information we have to you, or to any person designated by you, if we reasonably believe the request is valid. However, subscribers to our phone services should be aware that we generally do not provide them with records of any inbound or outbound calls or other records that we don't furnish in the ordinary course of business (for example, as part of a bill) or which are available only from our archives, without valid legal process such as a court order. In addition, we cannot correct any errors in customer names, addresses, or telephone numbers appearing in, or omitted from, our or our vendors' directory lists until the next available publication of those directory lists. Further, we may have no control over information appearing in the directory lists or directory assistance services of directory publishers or directory assistance providers which are not owned by us or our subsidiaries.

Comcast reserves the right to charge you for the cost of retrieving and photocopying any documents that you request.

**How do I give or withhold my approval for Comcast to use CPNI to market additional products and services to me?**

In addition to Comcast Digital Phone and Comcast Digital Voice, various direct and indirect subsidiaries of Comcast Corporation offer many communications-related services, such as Comcast High-Speed Internet services. From time to time we would like to use the CPNI information we have on file to provide you with information about our communications-related products and services or special promotions. Our use of CPNI may also enhance our ability to offer products and services tailored to your specific needs.

We would like your approval so that we, our agents, affiliates, joint venture partners, and independent contractors may use this CPNI to let you know about communications-related services other than those to which you currently subscribe that we believe may be of interest to you. IF YOU APPROVE, YOU DO NOT HAVE TO TAKE ANY ACTION. HOWEVER, YOU DO HAVE THE RIGHT TO RESTRICT OUR USE OF YOUR CPNI. You may deny or withdraw our right to use your CPNI by calling the numbers listed below. If we do not hear from you within 30 days of this notification, we will assume that you approve our use of CPNI for the purpose of providing you with information about other communications-related services.

| Service | Call this Number |
|---|---|
| Comcast Digital Phone & Comcast Digital Voice | 1-800-COMCAST |
| Comcast Business Communications & Comcast Long Distance | 1-888-262-7300 |

Comcast also offers various other services that are not related to the services to which you subscribe. Under CPNI rules, some of those services, such as Comcast cable television services, are considered to be non-communications related products and services. Occasionally, you may be asked during a telephone call with one of our representatives for your oral consent to Comcast's use of your CPNI for the purpose of providing you with an offer for non-communications related products and services. If you provide your oral consent for Comcast to do so, Comcast may use your CPNI only for the duration of that telephone call in order to offer you additional services.

If you deny or restrict your approval for us to use your CPNI, you will suffer no effect, now or in the future, on how we provide any services to which you subscribe. Any denial or restriction of your approval remains valid until your services are discontinued or you affirmatively revoke or limit such approval or denial.

You may disregard this notice if you previously contacted us in response to a CPNI notification and denied use of your CPNI for the purposes described above.

**How do I place myself on Comcast's "do not call" and "do not mail" lists?**

You may contact Comcast at 1-800-COMCAST to ask us to put your name on our "do not call" and "do not mail" lists so that you do not receive marketing or promotional telephone calls or postal mail from us or made at our request. You also have the right to prohibit or limit disclosure of your personally identifiable information for "mailing list" or other purposes as described above in this notice by contacting us at 1-800-COMCAST.

Comcast's use of your account information for marketing and promotional activities is also subject to your right to limit or restrict us from making those offers as described in "How do I give or withhold my approval for Comcast to use CPNI to market additional products and services to me?" in this notice.

If you prefer to contact Comcast in writing instead of by telephone, you may send a written request to the address listed under "How do I contact Comcast?" Be sure to include your name and address, your Comcast account number, and a daytime telephone number where you can be reached in the event we have any questions about your request. The written request should be signed by the person who is identified in our billing records as the subscriber. If you have a joint account, a request by one party will apply to the entire account. If you have multiple accounts, your notice must separately identify each account covered by the request.

**What e-mail communications will Comcast send to me and how do I manage them?**

We may send a welcome e-mail and sometimes other information to new subscribers to our cable service and other services (including each new secondary account holder, where applicable). We may also send service-related announcements to our subscribers from time to time. For example, we may send you an e-mail announcement about a pricing change, a change in operating policies, a service appointment, or new features of one or more of the cable service or other services you receive from us. You may not opt-out of these service-related communications. If you fail to check your primary e-mail address for service-related announcements, you may miss important information about our services, including legal notices, for example.

We reserve the right to send you promotional or commercial e-mail as permitted by applicable law. You can manage the promotional or commercial e-mails Comcast may send to you by following the instructions contained in the e-mails or by going to the web page located at www.comcast.com/preferences and following the directions there. We may ask for additional

**Comcast Customer Privacy Notice**

information on this preferences page such as your zip code, for example. By providing this additional information to us we will be able to better inform you of the availability of special offers and promotions in your area. If you no longer wish to receive these e-mails you may opt-out of receiving them by going to the same page and changing your contact preferences.

**What can I do if I think my privacy rights have been violated?**

If you believe that you have been aggrieved by any act of ours in violation of the Cable Act, we encourage you to contact us directly as described in "How do I contact Comcast?" in order to resolve your question or concern. You may also enforce the limitations imposed on us by the Cable Act as applicable with respect to your personally identifiable information through a civil lawsuit seeking damages, attorneys fees, and litigation costs. Other rights and remedies may be available to you under federal or other applicable laws as well.

**Will Comcast notify me if it changes this notice?**

As required by the Cable Act, we will provide you with a copy of this customer privacy notice at the time we enter into an agreement to provide any cable service or other service to you, and annually afterwards, or as otherwise permitted by law. You can view the most current version of this notice by going to www.comcast.com, searching for "privacy policy," and selecting the appropriate link.

We may modify this notice at any time. We will notify you of any material changes through written, electronic, or other means and as otherwise permitted by law. If you find the changes to this notice unacceptable, you have the right to cancel your service. If you continue to use the service following notice of the changes, we will consider that to be your acceptance of and consent to the changes in the revised privacy notice. This includes your consent for any personally identifiable information that we may collect and use starting on the effective date of the revised notice, as well as for any personally identifiable information that we have collected prior to the effective date of the revised notice. However, we will only consider your continued use of the service to be your acceptance of and consent to changes in the revised privacy notice for changes made after the initial effective date of this revised notice.

**How do I contact Comcast?**

If you have any questions or suggestions regarding this privacy notice, or wish to contact us about your personal information, please reach us as follows:

    Phone:    1-800-COMCAST
    Web site:  http://www.comcast.net/help/contact/
    Mail:     Comcast Cable Communications, LLC
              Attn: Law Department - Customer Privacy Notice
              1500 Market Street
              Philadelphia, PA 19102-2148

Revised and effective: January 1, 2007

**EXHIBIT 2**

Mail   Radio   Photos   Video   Security   Sign In   Ask Comcast

comcast.net Dating
Find sexy singles near you!
eHarmony

Search the Web:   | Web | Video | Images | Yellow Pages | News | Shopping |    SEARCH   More...

HOME > TERMS OF SERVICE                                              Help    My Account

**TERMS OF SERVICE:** Subscriber Agreement | Acceptable Use Policy | Comcast Abuse Policy

**COMCAST ABUSE POLICY**

The Comcast IP Network Abuse Department is responsible for supporting and enforcing the policies set forth in the Comcast Acceptable Use Policy ("AUP") and Comcast High-Speed Internet ("HSI") Service Customer Agreement ("Customer Agreement"). The policies set forth in the AUP and Customer Agreement have been put in place to protect the Comcast Network and Comcast High-Speed Internet service customers from the adverse impact that can result from intentional violations of the AUP and/or Customer Agreement. If you believe you have been the victim of activities which are in violation of the Comcast AUP or the Customer Agreement, the Comcast Network Abuse Department will take appropriate action to investigate and attempt to resolve the alleged violation.

If you feel that you have been a victim of Internet abuse which took place in part or completely on the Comcast Network, please report the incident to **abuse@comcast.net**. Make sure to include the date and time of the incident, log files, spam examples or any other information that may be useful to the investigation and verification of the incident as well as your name and phone number or e-mail address so we may contact you directly.

Listed below are typical types and examples of activities which are in violation of the Comcast AUP and the Customer Agreement. If you are unsure whether you have been the victim of Internet abuse, the following examples may help in your determination. You may also refer directly to the Comcast AUP and Subscriber Agreement

**Illegal Activities** Any activity which violates local, state, federal or international law. *Examples include: Posting or disseminating illegal material (such as child pornography or obscene material) or using the Comcast Network to facilitate pyramid or other illegal solicitation schemes.*

**Security** Attempting to gain unauthorized access to the Comcast network, Comcast subscriber or a Comcast affiliated service provider's network resources; attempting to disrupt network services or services of external networks using the Comcast High-Speed Internet service; attempting to gather third party personal information without consent. *Examples include: DoS attacks, computer virus distribution or the transmission of any other software or application that contains features harmful to the Comcast network or Comcast's subscribers or any other network service provider's subscribers.*

**Inappropriate Content** Distribution of content which is inappropriate for its intended recipient. *Examples include: Distributing inappropriate content to minors and posting content that Comcast deems offensive on personal Web space.*

**Electronic Mail** Any e-mail related infractions. *Examples include: Sending unsolicited bulk mail or 'spam'; sending e-mail that contains threatening, abusive, illegal or libelous material.*

**Instant Messaging** Inappropriate use or misuse of instant messaging applications on the Comcast network. *Examples include: Sending instant messages that contain threatening, abusive, illegal or libelous material.*

**Web Space** Inappropriate use or misuse of personal Web space provided by Comcast or Comcast affiliates. *Posting illegal or inappropriate material such as child pornography or material that violates the privacy rights or property rights of others.*

**Bandwidth, Data Storage and Other limitations** Use of the Comcast network infrastructure in a manner that (i) exceeds the then current bandwidth, data storage or other limitations on the Comcast High-Speed Internet service or (ii) puts an excessive burden on the limitations of the network. *Examples include: Using the Comcast network to run a Web-hosting server or any other commercial enterprise.*

Digital Cable     Faster High-Speed Internet     Digital Voice     High Definition TV
Privacy Statement     Terms of Service     Contact Us     Moving?     Tell Us What You Think
Advertise With Us
Copyright © Comcast Interactive Media 2007. All rights reserved.

Mail   Radio   Photos   Video   Security   Sign In   Ask Comcast

comcast.net Dating
Find sexy singles near you!
eHarmony

Search the Web:   Web | Video | Images | Yellow Pages | News | Shopping    SEARCH   More...

HOME > TERMS OF SERVICE                                                    Help    My Account

TERMS OF SERVICE: <u>Subscriber Agreement</u> | <u>Acceptable Use Policy</u> | <u>Comcast Abuse Policy</u>

**COMCAST ABUSE POLICY**

The Comcast IP Network Abuse Department is responsible for supporting and enforcing the policies set forth in the Comcast Acceptable Use Policy ("AUP") and Comcast High-Speed Internet ("HSI") Service Customer Agreement ("Customer Agreement"). The policies set forth in the AUP and Customer Agreement have been put in place to protect the Comcast Network and Comcast High-Speed Internet service customers from the adverse impact that can result from intentional violations of the AUP and/or Customer Agreement. If you believe you have been the victim of activities which are in violation of the Comcast AUP or the Customer Agreement, the Comcast Network Abuse Department will take appropriate action to investigate and attempt to resolve the alleged violation.

If you feel that you have been a victim of Internet abuse which took place in part or completely on the Comcast Network, please report the incident to **abuse@comcast.net**. Make sure to include the date and time of the incident, log files, spam examples or any other information that may be useful to the investigation and verification of the incident as well as your name and phone number or e-mail address so we may contact you directly.

Listed below are typical types and examples of activities which are in violation of the Comcast AUP and the Customer Agreement. If you are unsure whether you have been the victim of Internet abuse, the following examples may help in your determination. You may also refer directly to the Comcast AUP and Subscriber Agreement

**Illegal Activities** Any activity which violates local, state, federal or international law. *Examples include: Posting or disseminating illegal material (such as child pornography or obscene material) or using the Comcast Network to facilitate pyramid or other illegal solicitation schemes.*

**Security** Attempting to gain unauthorized access to the Comcast network, Comcast subscriber or a Comcast affiliated service provider's network resources; attempting to disrupt network services or services of external networks using the Comcast High-Speed Internet service; attempting to gather third party personal information without consent. *Examples include: DoS attacks, computer virus distribution or the transmission of any other software or application that contains features harmful to the Comcast network or Comcast's subscribers or any other network service provider's subscribers.*

**Inappropriate Content** Distribution of content which is inappropriate for its intended recipient. *Examples include: Distributing inappropriate content to minors and posting content that Comcast deems offensive on personal Web space.*

**Electronic Mail** Any e-mail related infractions. *Examples include: Sending unsolicited bulk mail or 'spam'; sending e-mail that contains threatening, abusive, illegal or libelous material.*

**Instant Messaging** Inappropriate use or misuse of instant messaging applications on the Comcast network. *Examples include: Sending instant messages that contain threatening, abusive, illegal or libelous material.*

**Web Space** Inappropriate use or misuse of personal Web space provided by Comcast or Comcast affiliates. *Posting illegal or inappropriate material such as child pornography or material that violates the privacy rights or property rights of others.*

**Bandwidth, Data Storage and Other limitations** Use of the Comcast network infrastructure in a manner that (i) exceeds the then current bandwidth, data storage or other limitations on the Comcast High-Speed Internet service or (ii) puts an excessive burden on the limitations of the network. *Examples include: Using the Comcast network to run a Web-hosting server or any other commercial enterprise.*