1 David P. Chiappetta, (State Bar No. 172099)
dchiappetta@perkinscoie.com
2 PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
3 San Francisco, CA 94111-4131
Telephone: 415.344.7000
4 Facsimile: 415.344.7050

5 Attorney for Plaintiff
TELUS COMMUNICATIONS COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Plaintiff TELUS COMMUNICATIONS COMPANY, a British Columbia partnership,<br><br>           Plaintiff,<br><br>     v.<br><br>JOHN DOES 1-10,<br><br>           Defendants. | Case No. C-07-5328 SBA<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO TAKE DISCOVERY**<br><br>Date:     November 27, 2007<br>Time:    1:00 p.m.<br>Dept:    Courtroom 3, 3rd Floor<br>Before:  Hon. Saundra B. Armstrong |

The Court, having considered TELUS Communications Company's ("TELUS") Motion for Leave to Take Discovery, hereby GRANTS the Motion.

- 2 -

1    IT IS HEREBY ORDERED that TELUS may serve discovery on third-party Internet
2 Service Providers ("ISPs") and other entities identified in the course of TELUS's ongoing
3 investigation in order to obtain information related to the identity and activities of the persons
4 responsible for the unauthorized access of TELUS's Customer Relationship Management service;
5    AND IT IS FURTHER ORDERED that notice to the subscriber shall not be provided by
6 any ISP or other entity subpoenaed by TELUS pursuant to this Order.

8    Dated: _____        _____
9                                          _____
10
11 Presented by:
12 PERKINS COIE LLP
13
14 By: _____
15    David P. Chiappetta
16 Attorney for Plaintiff
17 TELUS COMMUNICATIONS COMPANY

- 2 -
[PROP] ORDER GRANTING LEAVE TO TAKE DISCOVERY
Case No. C-07-5328 SBA
99999-1540/LEGAL13651488.1