UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TELUS COMMUNICATIONS COMPANY, | ) ) ) | |
| Plaintiff(s), | ) ) | No. C07-5328 SBA (BZ) |
| v. | ) ) | **ORDER GRANTING MOTION TO SHORTEN TIME FOR HEARING** |
| JOHN DOES 1-10, | ) ) | |
| Defendant(s). | ) ) ) | |

Telus Communications Company's motion for an order shortening time for hearing is granted. A hearing is set for **Wednesday, October 31, 2007, at 10:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. At the hearing, I am prepared to sign the proposed order granting Telus' motion for leave to take discovery as to Comcast Cable Communications, LLC. Telus is required to serve this order on Comcast. If Comcast is opposed to the order to take discovery, it may appear at the hearing.

Dated: October 29, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\Telus\ORDER.GRANTING.LEAVE.DISCOVERY.wpd

1