**PROOF OF SERVICE**

I, David P. Chiappetta, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Four Embarcadero Center, Suite 2400, San Francisco, California 94111-4131. On October 29, 2007, I served a copy of the within document(s):

**ORDER GRANTING MOTION TO SHORTEN TIME FOR HEARING**

☒ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed FedEx envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a FedEx agent for delivery.

☒ by emailing the document to the email address listed below.

Keith Eppihimer – Comcast Cable

*Fax*: 856-317-7319

*Email*: Keith_Eppihimer@cable.comcast.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 29, 2007, at San Francisco, California.

David P. Chiappetta

PROOF OF SERVICE
Case No. C-07-5328-SBA (BZ)
LEGAL13687601.1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELUS COMMUNICATIONS COMPANY,<br><br>    Plaintiff(s),<br><br>  v.<br><br>JOHN DOES 1-10,<br><br>    Defendant(s). | No. C07-5328 SBA (BZ)<br><br>**ORDER GRANTING MOTION TO SHORTEN TIME FOR HEARING** |

    Telus Communications Company's motion for an order shortening time for hearing is granted. A hearing is set for **Wednesday, October 31, 2007, at 10:00 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. At the hearing, I am prepared to sign the proposed order granting Telus' motion for leave to take discovery as to Comcast Cable Communications, LLC. Telus is required to serve this order on Comcast. If Comcast is opposed to the order to take discovery, it may appear at the hearing.

Dated: October 29, 2007

                                              _/s/ Bernard Zimmerman_
                                              Bernard Zimmerman
                                      United States Magistrate Judge

G:\BZALL\-REFS\Telus\ORDER.GRANTING.LEAVE.DISCOVERY.wpd

1

```
                    ***********************
                    ***    TX REPORT    ***
                    ***********************

    TRANSMISSION OK

    TX/RX NO                2504
    CONNECTION TEL          918563177319
    SUBADDRESS
    CONNECTION ID
    ST. TIME                10/29 13:39
    USAGE T                 00'50
    PGS. SENT               2
    RESULT                  OK
```

**FACSIMILE COVER SHEET**

**CONFIDENTIAL AND PRIVILEGED**

If there are any problems with this transmission, please call 415.344.7000



Four Embarcadero Center, Suite 2400
San Francisco, CA 94111-4131
PHONE: 415.344.7000
FAX: 415.344.7050
www.perkinscoie.com

DATE: **October 29, 2007**        COVER SHEET & **1** PAGES

CLIENT NUMBER: **39580.0003**

RETURN TO: (NAME) **Cynthia D. Wides**   (EXT.) **7077**   (ROOM NO.) **S300**

| SENDER: | TELEPHONE: | FACSIMILE: |
|---|---|---|
| David P. Chiappetta | (415) 344-7008 | (415) 344-7208 |

| RECIPIENT: | COMPANY: | TELEPHONE: | FACSIMILE: |
|---|---|---|---|
| Keith Eppihimer | Comcast Cable | 856-324-2418 | 856-317-7319 |

Keith,

Attached is a copy of the Court's order which we discussed on the telephone this afternoon.