**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

Magistrate Judge **BERNARD ZIMMERMAN**

Date: **10/31/2007**

**C07-5328 BZ**

**Telus Communications Co. v. John Does 1-10**

Attorneys:   Jason A. Yurasek   Not Present

Time: 10:00 a.m.

Deputy Clerk: **LASHANDA SCOTT**        Reporter: **Joan Columbini; 10:06-10:18**

**PROCEEDINGS:**                                  **RULING:**

1. Plaintiff's Expedited Motion to Take Discovery        Matter Submitted
2. _____    _____
3. _____    _____

( ) Status Conference    ( ) P/T Conference    ( ) Case Management Conference
**ORDERED AFTER HEARING:**

Plaintiff's counsel will submit a proposed order. The proposed order will include the following: 1) Comcast will preserve all information regarding accounts pertaining to this lawsuit; 2) Comcast to notify consumers in writing that the consumer has fifteen days to file a motion to quash or the consumer has fifteen days to object to account information being released; 3) Customers of Comcast can not destroy any evidence.

(     ) ORDER TO BE PREPARED BY:   Plntf ____ Deft ____ Court ____

(     ) Referred to Magistrate Judge for a Settlement Conference to occur or as soon as schedule permits.
     (  ) By Court      (  ) Parties to approach Magistrate in future
(  ) CASE CONTINUED TO_____  for _____

Discovery Cut-Off_____ Expert Discovery Cut-Off_____

Plntf to Name Experts by _____ Deft to Name Experts by_____

P/T Conference Date -              Trial Date-
                                   Type of Trial:

Notes:_____