UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELUS COMMUNICATIONS COMPANY, <br><br> Plaintiff(s), <br><br> v. <br><br> JOHN DOES 1-10, <br><br> Defendant(s). | No. C07-5328 SBA (BZ) <br><br> **ORDER GRANTING LEAVE TO TAKE DISCOVERY** |

The Court, having considered TELUS Communications Company's ("TELUS") Motion for Leave to Take Discovery, hereby **ORDERS** as follows:

1. TELUS may serve discovery on Comcast Cable Communications ("Comcast"), in order to obtain information related to the identity and activities of the persons responsible for the alleged unauthorized access of TELUS's Customer Relationship Management service;

2. Comcast shall preserve for at least one hundred twenty (120) days any and all information responsive to the requests,

including but not limited to server logs, authentication sessions, contact information, account histories, and/or billing information;

    3. The Comcast subscriber named in the complaint as John Doe shall preserve for at least one hundred twenty (120) days from the date he or she is served with this **Order** any and all information, documents or files relevant to this matter, including, but not limited to, browsing history; stored emails; computer log files; the computer(s) used to access the Internet; all memory devices; and information about efforts to contact or communications with TELUS, TELUS Representatives, or TELUS customers.

    4. Comcast shall give notice promptly to the subscriber whose identity is disclosed in response to the discovery requests. Such notice to the subscriber shall:

    (a)    Include a copy of this Order;

    (b)    Notify the subscriber that he or she has fifteen (15) days from the date he or she receives notice to move to quash or lodge objections to the discovery request.

Dated: November 2, 2007

_____
Bernard Zimmerman
United States Magistrate Judge