**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Plaintiff TELUS COMMUNICATIONS COMPANY, a British Columbia partnership,<br><br>            Plaintiff,<br><br>v.<br><br>JOHN DOES 1-10,<br><br>            Defendants. | Case No. C-07-5328 SBA<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *Dispute Resolution Procedures in the Northern District of California* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

(2) Discussed the available dispute resolution options provided by the court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: January 2, 2008

[Party] Ralph A. Davis, for Telus Communications Company

Dated: January 2, 2008

[Counsel] David Chiappetta
Perkins Coie LLP

Case No. C-07-5328 SBA

39580-0003/LEGAL13843470.1