1  David P. Chiappetta, (State Bar No. 172099)
   dchiappetta@perkinscoie.com
2  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
3  San Francisco, CA  94111-4131
   Telephone:  415.344.7000
4  Facsimile:  415.344.7050

5  Attorney for Plaintiff
   TELUS COMMUNICATIONS COMPANY
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                          **SAN FRANCISCO DIVISION**

11

12 | Plaintiff TELUS COMMUNICATIONS COMPANY, a British Columbia partnership, | Case No. C-07-5328 SBA |
   |---|---|
   | Plaintiff, | **PLAINTIFF'S STATEMENT REGARDING ADR PROCESS** |
   | v. | |
   | JOHN DOES 1-10, | |
   | Defendants. | |

19     Pursuant to Civil L.R. 16-8(c) and the Order Setting Initial Case Management Conference
20 and ADR Deadlines, Plaintiff TELUS Communications Company submits this statement
21 regarding ADR process.  As further explained below, TELUS is unable to confer with counsel for
22 defendants regarding any matter, including the preferred ADR process, because no defendants
23 have been served with the Complaint or made an appearance in this lawsuit.
24     On October 18, 2007, TELUS filed this John Doe lawsuit in order to redress injury it
25 suffered as the result of unidentified persons' efforts to obtain confidential customer information
26 from TELUS by means of websites and emails that fraudulently indicate that they were authentic
27 and authorized TELUS websites or communications.
28

PLAINTIFF'S STATEMENT REGARDING ADR PROCESS
Case No. C-07-5328 SBA

39580-0003/LEGAL13844038.1

On November 2, 2007, the Court authorized TELUS to obtain information related to the identity and activities of the persons responsible for the unauthorized access of TELUS's Customer Relationship Management service. Dkt. 18. TELUS has and is diligently conducting discovery in order to identify persons that can be substituted for the John Doe defendants, and will amend the complaint in this action as soon as such persons have been identified. However, as of the date of this statement, no such persons have been identified and TELUS is therefore, unable to file a Stipulation and (Proposed) Order Selecting ADR Process or a Notice of Need for ADR Phone Conference as provided by Civil L.R. 16-8(c).

DATED: January 2, 2008　　　　　　　　　**PERKINS COIE LLP**

By:　　　　/s/

David P. Chiappetta, Bar No. 172099
dchiappetta@perkinscoie.com

Attorneys for Plaintiff
TELUS COMMUNICATIONS COMPANY