1  David P. Chiappetta, (State Bar No. 172099)
   dchiappetta@perkinscoie.com
2  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
3  San Francisco, CA  94111-4131
   Telephone:  415.344.7000
4  Facsimile:  415.344.7050

5  Attorney for Plaintiff
   TELUS COMMUNICATIONS COMPANY
6

7

8                   **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10                       **SAN FRANCISCO DIVISION**

11

12 | Plaintiff TELUS COMMUNICATIONS COMPANY, a British Columbia partnership, | Case No. C-07-5328 SBA (BZ) |
13 | | |
   | | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND INITIAL DISCOVERY DEADLINES** |
14 | Plaintiff, | |
15 | v. | |
16 | JOHN DOES 1-10, | Date:       January 23, 2008 |
   | | Time:       2:45 p.m. |
17 | Defendants. | Courtroom:  G, 15th Floor |
   | | Before:     Hon. Bernard Zimmerman |

18

19      As further explained below, Plaintiff TELUS Communications Company ("TELUS") is

20 continuing its efforts to identify and serve the defendants in this lawsuit, all of whom are

21 currently named as "John Does." However, despite its diligent efforts, as of the date of this filing,

22 TELUS has not identified or served any of the defendants. Pursuant to Federal Rule of Civil

23 Procedure 16(e), Civil L.R. 16-2(e) and the Standing Order Re: Initial Case Management and

24 Discovery Disputes issued in this litigation, as the only party presently before this court, Plaintiff

25 TELUS hereby requests a continuance of the initial case scheduling dates and stipulates upon the

26 Court's approval as follows:

27

28 STIPULATION TO CONTINUE CASE MANAGEMENT
   CONFERENCE AND DISCOVERY DATES
   CASE NO. C-07-5328 SBA (BZ)

   39580-0003/LEGAL13857303.1

1. By order dated October 18, 2007, this court set the date of the Initial Case Management Conference as January 23, 2008.

2. By order dated November 10, 2007, this court authorized plaintiff TELUS to serve discovery on third-party Internet Service Provider Comcast Cable Communications ("Comcast") in order to obtain information relating to the identities of the persons responsible for the unauthorized access of TELUS's Customer Relationship Management service.

2. TELUS thereafter served a subpoena on Comcast. TELUS obtained responsive information from Comcast on December 10, 2007.

3. TELUS contacted the subscriber identified by Comcast and after a preliminary evaluation believes that it is likely that the subscriber was an unknowing participant in the events described in the Complaint. The subscriber is cooperating with TELUS and on January 7, 2008 authorized Comcast to release additional information to TELUS.

4. On January 7, 2008 TELUS requested additional information from Comcast. TELUS anticipates that the information it receives from Comcast will assist it in obtaining information related to the identities of the persons responsible for the unauthorized access of TELUS's Customer Relationship Management service.

5. Despite TELUS's diligent efforts, it has not yet identified persons that it believes were responsible for the injurious activities described in its Complaint. As such, TELUS has not been able to serve defendants.

6. As a result of TELUS's inability to serve defendants, it has not been able to meet and confer with defendants regarding initial disclosures, early settlement, ADR process selection, and discovery plan or file a Joint ADR Certification as provided in the Court's October 18, 2007 Order Setting Initial Case Management Conference and ADR Deadlines. TELUS, however, has complied with the October 18, 2007 Order to the fullest extent possible, as evidenced by its filing of an ADR Certification and Affidavit re ADR Process on January 2, 2008. Dkt. Nos. 19, 20.

7. In consideration of the fact that TELUS has worked diligently to obtain information related to the identity of the persons responsible for the unauthorized access of its Customer

Relationship Management service, but that it has not yet been able to identify defendants, TELUS respectfully requests that the Court continue the initial Case Management Conference from the currently scheduled date of January 23, 2008 until April 23, 2008.

    8. A continuance of the Case Management Conference to April 23, 2008, will permit TELUS additional time to continue its investigation, identify defendants, amend its Complaint, and effect service of process on defendants.

DATED: January 8, 2007

**PERKINS COIE LLP**

By: _____/s/_____
        David Chiappetta

Attorneys for Plaintiff
TELUS Communications Company.

**THE FOREGOING STIPULATION IS APPROVED AND IT IS SO ORDERED**

Dated: _____    By: _____
                                                     United States Magistrate Judge

- 3 -
STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE AND DISCOVERY DATES
Case No. C-07-5328 SBA (BZ)                                            39580-0003/LEGAL13857303.1