1  David P. Chiappetta, (State Bar No. 172099)
   dchiappetta@perkinscoie.com
2  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
3  San Francisco, CA  94111-4131
   Telephone:  415.344.7000
4  Facsimile:  415.344.7050

5  Attorney for Plaintiff
   TELUS COMMUNICATIONS COMPANY
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                              OAKLAND DIVISION

11

12 | Plaintiff TELUS COMMUNICATIONS
   | COMPANY, a British Columbia            Case No. C-07-5328 SBA (BZ)
13 | partnership,
                                            **STIPULATION TO CONTINUE CASE**
14 |            Plaintiff,                  **MANAGEMENT CONFERENCE AND**
                                            **INITIAL DISCOVERY DEADLINES**
15 |      v.
                                            Date:      January 23, 2008
16 | JOHN DOES 1-10,                        Time:      2:45 p.m.
                                            Courtroom: 3, 3rd Floor
17 |            Defendants.                 Before:    Hon. Saundra Armstrong

18

19         As further explained below, Plaintiff TELUS Communications Company ("TELUS") is

20  continuing its efforts to identify and serve the defendants in this lawsuit, all of whom are

21  currently named as "John Does."  However, despite its diligent efforts, as of the date of this filing,

22  TELUS has not identified or served any of the defendants.  Pursuant to Federal Rule of Civil

23  Procedure 16(e), Civil L.R. 16-2(e) and the Standing Order Re: Initial Case Management and

24  Discovery Disputes issued in this litigation, as the only party presently before this court, Plaintiff

25  TELUS hereby requests a continuance of the initial case scheduling dates and stipulates upon the

26  Court's approval as follows:

27

28  STIPULATION TO CONTINUE CASE MANAGEMENT
    CONFERENCE AND DISCOVERY DATES
    CASE NO. C-07-5328 SBA (BZ)

    39580-0003/LEGAL13857303.2

1    1. By order dated October 18, 2007, this court set the date of the Initial Case Management

2    Conference as January 23, 2008.

3    2. By order dated November 10, 2007, this court authorized plaintiff TELUS to serve

4    discovery on third-party Internet Service Provider Comcast Cable Communications ("Comcast")

5    in order to obtain information relating to the identities of the persons responsible for the

6    unauthorized access of TELUS's Customer Relationship Management service.

7    2. TELUS thereafter served a subpoena on Comcast.  TELUS obtained responsive

8    information from Comcast on December 10, 2007.

9    3. TELUS contacted the subscriber identified by Comcast and after a preliminary

10   evaluation believes that it is likely that the subscriber was an unknowing participant in the events

11   described in the Complaint.  The subscriber is cooperating with TELUS and on January 7, 2008

12   authorized Comcast to release additional information to TELUS.

13   4. On January 7, 2008 TELUS requested additional information from Comcast.  TELUS

14   anticipates that the information it receives from Comcast will assist it in obtaining information

15   related to the identities of the persons responsible for the unauthorized access of TELUS's

16   Customer Relationship Management service.

17   5. Despite TELUS's diligent efforts, it has not yet identified persons that it believes were

18   responsible for the injurious activities described in its Complaint.  As such, TELUS has not been

19   able to serve defendants.

20   6. As a result of TELUS's inability to serve defendants, it has not been able to meet and

21   confer with defendants regarding initial disclosures, early settlement, ADR process selection, and

22   discovery plan or file a Joint ADR Certification as provided in the Court's October 18, 2007

23   Order Setting Initial Case Management Conference and ADR Deadlines.  TELUS, however, has

24   complied with the October 18, 2007 Order to the fullest extent possible, as evidenced by its filing

25   of an ADR Certification and Affidavit re ADR Process on January 2, 2008.  Dkt. Nos. 19, 20.

26   7. In consideration of the fact that TELUS has worked diligently to obtain information

27   related to the identity of the persons responsible for the unauthorized access of its Customer

- 2 -

28   STIPULATION TO CONTINUE CASE MANAGEMENT
CONFERENCE AND DISCOVERY DATES
Case No. C-07-5328 SBA (BZ)

39580-0003/LEGAL13857303.2

Relationship Management service, but that it has not yet been able to identify defendants, TELUS respectfully requests that the Court continue the initial Case Management Conference from the currently scheduled date of January 23, 2008 until April 23, 2008.

8. A continuance of the Case Management Conference to April 23, 2008, will permit TELUS additional time to continue its investigation, identify defendants, amend its Complaint, and effect service of process on defendants.

DATED: January 9, 2007

**PERKINS COIE LLP**

By: _____/s/_____
         David Chiappetta

Attorneys for Plaintiff
TELUS Communications Company.

**THE FOREGOING STIPULATION IS APPROVED AND IT IS SO ORDERED**

Dated: _____     By: _____
                                  United States District Judge