**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| TELUS COMMUNICATIONS CO., | No. C 07-5328 SBA |
| Plaintiff, | **ORDER** |
| v. | |
| JOHN DOES 1-10, | |
| Defendants. | |

The case management conference set for January 23, 2008, at 2:45 P.M., is hereby reset to April 23, 2008 at 2:30 P.M. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court. Plaintiff shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

January 14, 2008

Saundra Brown Armstrong
United States District Judge