1  David P. Chiappetta, State Bar No. 172099
   dchiappetta@perkinscoie.com
2  PERKINS COIE LLP
   Four Embarcadero Center, Suite 2400
3  San Francisco, CA 94111-4131
   Telephone: 415.344.7000
4  Facsimile: 415.344.7050

5  Attorneys for Plaintiff
   TELUS COMMUNICATIONS COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Plaintiff TELUS COMMUNICATIONS COMPANY, a British Columbia partnership,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHN DOES 1-10,<br><br>  Defendants. | Case No. C-07-5328 SBA<br><br>**NOTICE OF DISMISSAL** |

TO:       The Clerk of the Court

AND TO:   All Parties and their Counsel of Record

Notice is hereby given, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), that plaintiff Telus Communications Company hereby dismisses the above-entitled action without prejudice.

NOTICE OF DISMISSAL
Case No. C-07-5328 SBA

The Clerk of the Court is hereby requested to enter this dismissal in the records of the Court.

DATED: February 22, 2008

**PERKINS COIE LLP**

By: /s/ _____

David P. Chiappetta, Bar No. 172099
dchiappetta@perkinscoie.com

Attorneys for Plaintiff
TELUS COMMUNICATIONS
COMPANY